UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QUINSHENG LIU,<br>    Plaintiff,<br><br>v.<br><br>SOUTH COVE COMMUNITY<br>HEALTH CENTER,<br>    Defendants. | 05 11220 RCL<br>Civil Action No.<br><br>MAGISTRATE JUDGE Alexander<br><br>Formerly Suffolk Superior<br>Court Civil Action No.<br>05-CV-0996-A |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. §§ 1441 and 1442, and 42 U.S.C. §233, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice of its removal of this lawsuit to the United States District Court for the District of Massachusetts. As grounds for removal, defendant states as follows:

1.  The plaintiff, Quinsheng Liu, filed this action in the Suffolk Superior Court Department of the Trial Court of Massachusetts against the South Cove Community Health Center ("South Cove") on or about March 15, 2005, Civil Action No. 05-CV-0996-A. The complaint alleges various tort claims against South Cove arising from dental care provided to the Plaintiff.

2.  It is unclear on what date, on or after March 15, 2005, that the Complaint was served upon South Cove. On or about June 2, 2005, it was received by undersigned counsel in the Office of the United States Attorney from private counsel for South Cove.

3.  This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1442 and 42 U.S.C. §233 as South Cove was at all times relevant to the Complaint an entity deemed eligible for coverage under the Federal Tort

-1-

Claims Act pursuant to 42 U.S.C. §233, the Federally Supported Health Centers Assistance Act of 1992.

4.  Under Federally Supported Health Centers Assistance Act of 1992, the exclusive remedy "for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions ... by any commissioned officer or employee of the Public Health Service while acting in the scope of his office or employment" shall be pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq*. See 42 U.S.C. § 233(a).

5.  The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) as, to date, service of the Complaint has not been perfected on the United States pursuant to Fed.R.Civ.P. 4(i). See Murphy Borthers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 244 (1999)(formal service required to trigger 30 day period under 28 U.S.C. §1446(b)). The action is further timely as 42 U.S.C. §233 provides that an action against an employee of the Department of Health and Human Services may be removed "at any time before trial. . ." 42 U.S.C. §233(c).

6.  The filing of this notice is not a waiver of any rights or defenses that may be available to the defendant.

7.      Copies of all pleadings received by the United States are attached hereto.

> By their attorneys,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Mark J. Grady
>
> MARK J. GRADY
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> Tel. No. (617) 748-3136

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 10 day of June 2005 service of the foregoing Notice of Removal to United States District Court for the District of Massachusetts has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Quinsheng Liu
23 Howell Street
Dorchester, MA 02125

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

# MALPRACTICE

1

COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.

05-0996-A

Qingsheng Liu
PLAINTIFF(S)     (PRINT NAME CLEARLY)

VS.

COMPLAINT

South Cove Community Health Center
DEFENDANT(S)    (PRINT NAME CLEARLY)

*[Stamp: SUFFOLK SUPERIOR COURT CIVIL CLERK'S OFFICE, 05 MAR 15 P 2:13, MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE]*

## PARTIES

1. Plaintiff (s) reside(s) at  23 Howell St.  Dorchester
                              Street              City or Town
in the County of  MA 02125 - 1150

2. Defendant(s) reside(s) at  885 Washington St., Boston
in the County of  MA 02111

## FACTS

3. The Clinic's Doctor brutally jamed and pulled during washing my teeth. The aftermath is that my fillings broke and came out. The doctor made me suffered a lot during treatment procedure, after I complain to them, even drilled off one good part off intention for a revege. The clinic rackless spents government's fund and makes patients come back and forth many time

instead of giving them properly treatment on time. my ^one single tooth has spent me more than half year's time by drilling and grinding for more than 4 times. And the same time the Clinic's doctors leave my other ill teeth untreated. When I couldn't suffer anymore and mentioned these (complained) to their boss, ~~who is~~ ^a totally racist, who used all dirty means to kick out of Clinic. They threaten me to keep quiet. I, am so easy person, who don't like to complain, has driven almost crazy for all these month's mental and physical sufferring. It has a unrecovery demage and crush on my

WHEREFORE, plaintiff demands that:

I, Qingsheng Liu, request South Cove CHC pays all the lost, which is USD 400,000.⁰⁰

---

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

DATE Mar. 15, 2005

Signature of Plaintiff(s): Qingsheng Liu

Street Address: 23 Howell St.

City/Town: Dorchester

Telephone: MA 02125-1150
617-838-5086

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Quinsheng Liu v. South Cove Community Health Center

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   ✓ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐   **X** NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐   X NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐   X NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES   X NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ____Mark Grady_____
ADDRESS ___U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02110_____
TELEPHONE NO. __(617) 748-3136_____

(CategoryForm.wpd - 11/27/00)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Quinsheng Liu

## DEFENDANTS
South Cove Community Health Center

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney'S (Firm Name, Address, and Telephone Number)
Quinsheng Liu
23 Howell Street
Dorchester, MA 02125

Attorneys (If Known)
Mark Grady
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 |
|  |  | ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes / ☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 2671

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 6-10-05

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.