UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| QUINSHENG LIU, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-11220-RCL |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Formerly Suffolk Superior |
|     Defendant. | ) | Court Civil Action No. |
| | ) | 05-CV-0996-A |

**UNITED STATES' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The United States[1] moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction pursuant to 42 U.S.C. §233, the Federally Supported Health Centers Assistance Act of 1992, and the Federal Tort Claims Act 28 U.S.C. § 2671, *et seq*.

In support of this motion, the United States submits the attached memorandum and exhibit.

---

[1] For the reasons described in the accompanying memorandum, the United States is the appropriate responding party.

Wherefore, the Defendant requests that the matter be dismissed for lack of subject matter jurisdiction.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

### Certificate Under L.R. 7.1

The United States takes the position that Local Rule 7.1 requires that "counsel" confer. As the Plaintiff is pro se, the rule is inapposite. Alternatively, the United States requests leave to file the instant motion without a conference. In support of this request, undersigned counsel has had one conversation with the pro se Plaintiff who exhibited no understanding of the legal issues involved, as such, a conference would be futile

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 22nd day of June 2005 service of the foregoing Memo has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Quinsheng Liu
23 Howell Street
Dorchester, MA 02125

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney