UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| QUINSHENG LIU, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 05-11220-RCL |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Formerly Suffolk Superior |
|     Defendant. | ) | Court Civil Action No. |
| | ) | 05-CV-0996-A |

## NOTICE OF RETURNED MAIL

The United States hereby gives notice that the motion to dismiss served upon the Plaintiff, Quinsheng Liu, at the address provided by Plaintiff was returned.

    Respectfully submitted,
    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Mark J. Grady
    MARK J. GRADY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA   02210
    Tel. No. (617) 748-3136