UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**QUINSHENG LIU**

V.                                           CIVIL ACTION NO. **05-11220-RCL**

**UNITED STATES**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of July 25, 2005 allowing the motion to dismiss of the defendant United States, Judgment is hereby entered as follows: Judgment for the defendant United States dismissing this action.

July 25, 2005                              /s/ Lisa M. Hourihan
                                                      Deputy Clerk