Reconsideration Application for Closure of Civil Docket Case #: 1:05-CV-11220-RCL

I, Qingsheng, Liu, the plaintiff finally found out the case mentioned above, which against South Cove Community Health Center, the defendant, was dismissed for lack of jurisdiction, in favor of defendant.

However, the rule, according to Federal law, has a big flaw, because it is based on a mistake by someone who changed my address from 23 to 28 Howell St. Apparently I certainly could not receive any mail that is not sent to me. Therefore, I formally submit this application to United States District Court of Massachusetts and look forward to your reconsideration of the case. I hope justice will not only show on stones and walls but in actions. I think every lawyer will not let those who harm people out of the reach from justice revenge. I have to admit that I know nothing about the law, though I am still confident to fight, because I know that this law is nothing but a yardstick to seperate right and wrong, which is agreed by whole society.

Plaintiff:
Qingsheng Liu
Spe. 21, 2005