UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QUINSHENG LIU, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 05-11220-RCL |
| ) | |
| THE UNITED STATES OF AMERICA, ) | Formerly Suffolk Superior |
|     Defendant. ) | Court Civil Action No. |
| ) | 05-CV-0996-A |

## UNITED STATES' RESPONSE TO THE PLAINTIFF'S MOTION TO RECONSIDER

The Plaintiff's allegations that mail was sent to the wrong address appear meritorious. Prior to the Court's ruling, the United States filed a notice that the motion to dismiss, sent to 23 Howell Street, was returned as "undeliverable." A new copy has been sent this day to "28 Howell Street." To the extent that it appears that Plaintiff did not receive notice or an opportunity to respond to the Motion, the United States has no objection to allowing the Petitioner an opportunity to respond to the Motion to Dismiss within such time as the Court deems reasonable.

That being said, it is unclear how Petitioner can demonstrate compliance with the administrative pre-requisites of the FTCA as is more fully explained in the Motion to Dismiss. In this regard, a copy of a Form-95 (the form by which an administrative claim may be filed) will be sent to the Plaintiff this day with the motion to dismiss. Any such administrative claim should be mailed (certified mail return receipt requested) to Nancy Neimon, Chief Counsel, U.S. Department of Health and Human Services, 2250 JFK Federal Building, Boston, MA 02203-2100, and General Counsel, U.S. Department of

Health and Human Services, 200 Independence Ave. S.W., Washington, D.C. 20201.

             Respectfully submitted,
             MICHAEL J. SULLIVAN
             United States Attorney

             /s/ Mark J. Grady
             MARK J. GRADY
             Assistant U.S. Attorney
             U.S. Attorney's Office
             John Joseph Moakley U.S. Courthouse
             1 Courthouse Way, Suite 9200
             Boston, MA   02210
             Tel. No. (617) 748-3136

## Certificate of Service

  IT IS HEREBY CERTIFIED that on this 22nd day of September 2005 service of the foregoing Memo has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Quinsheng Liu
28 Howell Street
Dorchester, MA 02125

             /s/ Mark J. Grady
             Mark J. Grady
             Assistant United States Attorney