Request Sealing Plantiff's files from Defendant

Considering that the defendant Attorney's personnel, his lying ability. The defendant is group of people without honour. They faked files and changed material. They have a mean attorney who will do anything find by all means to win the case. I am only myself who know nothing about law. They have all the advanteges, thought justice is standing with them. In order to creat a fair court circumstances, in order to keep my evidence safe, which is all in their hand, in order to not let them ~~creat~~ fake more files. Please, I hereby, formally apply for sealing of my document, because if they saw the document, when they faked file, It would cause permenant evident lose. Under The Law protection, I ~~request~~ my documents to be sealed.

Plantiff:

Qingsheng Lin