## Request For A Oral Hearing

Since the defendant attorney in all means try to cover my mouth. The defendant so afraid that I bring their stuffs on the ~~table~~.

In order to break their mean tricky strategy, In order to reveal the dirt behind Screen, ~~I sug~~ In order to creat fair circumstance, I suggest Judge Lindsey to arrange a oral hearing for me. Because I so want to tell people what they had done to me, and why a such Conservative person like me had to file a Complaint against my own hospital.

Plantiff:

Qingsheng Lin

Sep. 30th, 2005.

10/4/05