Reconsideration Application for Switching Case #: 1:05-CV-11220-RCL Back To Superior Court.

Because South Cove is only a Government founded hospital, it is not directly ran by the Government. It's employee can not be considered as government officers. Also the hospital is not a government poperty and gains its own profits. It certainly not like such government agency as a police station, a enbassy or FBI. Hence, It's attorney can not act as a representative from the government. It is merely a tricky procedure the attorney played to hide defendant behind a shinning protection.

Therefore, I formally request Federal Court transfers this case back to Superior Court. Furthmore let government play defendant Role is unfair and unreasonable. Everyone should understand that when a person did something, nobody will stand up to print black to white for him.

10/4/05

Motion denied
[signature] USDJ

Plantiff:

Qingsheng Lin

Sep. 30th, 2005