# Reconsideration Application for Dismiss Motion
# Concerning Case #:1:05-cv-11220-RCL

After long time of never-racking waiting, I finally found out that the case is dismissed, due to lack of jurisdiction, and the defendant name changed to the United States. I didn't receive any material or files and nobody told me anything. I don't know what was happening, but the rule did recall the severe pain torturing me for half a year. I am wondering why nobody want to hear how bad I was hurt. Now the situation is just like I have to accept the rule while I was tied up and mouth covered by the defendant.

First of all inapposite, the defendant attorney changed the concept of defendant from South Cove to the States. At the beginning he attached a 2nd defendant (the States) along the South Cove, and then next step he made south cove vanished from the defendant list. It is a dirty trick that an attorney always played for winning the case. It is so unfair, because South Cove itself is a regular hospital, not even totally federal funded, gaining profit, which does not go to the federal government. Furthermore, it is not a property direct owned by the government, not like a police-station or an embassy, and also the attorney is hired by hospital, which quite independent from the government, but not by government. Therefore strictly the attorney can not act as a representative of the government. This is merely the first step the attorney played who are trying his best to put those who harmed and are harming people behind a shining protection.

Second, the request from the defendant attorney is especially unreasonable, which based on lies. The first reason he gave is that I am not worth to talk to, because I don't have an attorney. However he should remember that I can act as my own attorney; The next one is totally a lie, I never see this guy before, not mention that I had ever talk to him, but the most amazing thing is that

how he knows that I know little about the law. I've only talked to two stuffs from the federal court (one male and one female), since the case filed. Even if I knew nothing about law, the lawyer always should listen to words from victim.

I heard long time ago attorneys are blood suckers. They don't care who is right who is wrong. Who pay them; they fight for whom by all means. They use their knowledge learned from school, utilizing their advantages, sharpping their heads, and digging in the flaws or the unperfected places in the law, picking up such tricky stuff as one sentence or one term to against you. It is these people who really step the law on dust. However I understand they fight for their meat bowl.

The case has been countered so many difficulty since filed. First when I was pushing the case, they postponed it. They pursued a quick motion when I was not in Boston. They so want to play me in their hands. Somebody likes to keep me busy. Both my mail address was changed and cell phone address were changed, and I can not receive any mail. I has been tracked and disturbed all the time.

For all these above I may forgive, however one thing I totally could not buy is that the attorney think talk to me is futile. Although my knowledge of law is far cry from him, and my English is poor, but I am also an educated person, even if I were not, he should not look down upon me like that. And as I said before even if I don't know anything about law, I still can separate right from wrong. The Law is nothing but yardstick to measure the value which is agreed by the whole socitey. The only reason for him to think that I am worthless to talk to is that from bottom his heart he think my people are low educated and stupid. I doubt for his qualification as an attorney, if he don't know how to show his respect to different race people. Since what he said is totally an insult to me, I reserve the right for a request to change this

attorney.

By the way, I hope federal court will also consider that the defendant hires an attorney who works in the same building. The attorney must know everyone in this federal court.

For all above reasons and evidences, I hope the court seriously reconsider its rule concerning the case, and reject the unreasonable requests from the defendant, because if they were granted, more people would get hurt and make those "bad guys" even worse. I am quite confident that the Judge Lindsay will not let these little tricky stuffs blind her eyes. I trust the balance and sword in his hand.

Plaintiff:

Qingsheng Liu

Sep. 30th, 2005

Attachment to Opposition of Dismiss Action

I, plaintiff, hereby say aloud again that the Dismiss Action is not correct, because the causes of this result are fake, in order to support this I hence submit the following as attachment or a explaination to my file Opposition.

First, in certificate under L.R. 7.1 the attorney of Defendant, assumed that "as the plaintiff is pro se, the rule is inapposite", I am so surprise that there is a law against me on behalf of myself to meet him.

Second, the attorney also claimed that he had a meeting with me before, which is totally a big lie.

Third, Exhibit 1 he attached is a expired file, which shows that "FICA coverage is only applicable to acts ..... before Jan. 1, 1996.

And last, He even did not send me the files as he promised in "Certificate of Service" as request by Law.

Furthermore, for the justice, judge shall not let his let this so-called expert control this court; court always shall give an opportunity to victim to complain.

Consequently, I hope that court will change the rule of Dismiss.

By the way, I hope the court will help me to explain what is "HHS". the attorney who breaks professional

ethic code, evidence that compare to HHS in first hand, according to that expired file attached, but I did complain this to many government agencies such as Dentist Commission, etc, after consult some attorney, If the mean attorney think that is not enough, I will write to as many government agency and the media as possible to reveal about the defendant behavior and How they run the business. ~~this is for that~~

plaintiff:

Qingsheng Liu