# Application for Help Concerning Law Issue

Because I don't have enough money to hire an attorney, and I know very little about the States' law, I've encountered way too many difficulties ever since I filed the case. However on the other side "mean" Defendant's attorney utilizing his knowledge on law, taking its comment out of context, plays both Judge and me in his hand.

FILED
IN CLERKS OFFICE
2005 OCT 13 A 10: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

According to current situation, a fair judgement cannot be ruled. I, the victim who had been harmed so badly, nearly couldn't find any place to complain about, after couples of dirty tricks from that shameless attorney. In order to change the suitation which is unfair to me; In order to protect justice in this Court; In order prevent other people from getting hurt. I, plaintiff, hereby request the court to grant some kind of support on law issues.

I do believe that the States must has the law to protect those who are even poorest or lest educated.

plaitiff:

Qingsheng Liu