Reconsideration On Your Rules "pls"
(Case: 1:05-cv-11220-RCL)

All the evidences and judgements the court ruled are based on a document the defendant attorney provided, which is totally a fake one. Without reading the document, How can a court make a rule? (the FTCA coverage is avid only between Jan 20, 1994 to Jan. 1, 1996).

And the court also trusted a big lie the attorney gave (He said I had a conversation with me, to had a conversation with me is waste of time)

And, How can a court dismissed a case without hearing anything from victim.

And also, It is mazing that nobody in this court can explain what is "HHS". How can a judge rules without totally undstand a case?!

Plantiff:
Qiugshang Liu