Request for Reopening the Case.

I, Qingsheng, Lin, Hereby, request the Judge Lindsay to re-open the case. Since whose rule is inaccurate, because the arguments the defendant's attorney provided, from which the rule derived, were totally lie or invalid.

And just because of that expaired document, the defendant (South Cove) can no longer on behalf of State's government; And without "FTCA coverage" its staff, of course can not be treated as government employee.

therefore, this case should not be transfered to the federal court. Hence the rule is so invaid.

Consequently, please, turn the rule over, and transfer this case back to Superior Court.

plarntff:
Qingsheng Lin

Request for Changing the Reason for complaint.

Because my English is not good, somebody in Superior Court helped to pick the reason of medical malpratice for complain. However it is not accurate, because the defendant's doctor intentionally broke my tooth in order to cheat more money from goverment. After my complaint to them, They even treasten to kick me out Health center, if I say anything to anyone. They use the cheapest stuff for treatment, which so easy to break. After filled and broke for 5 or 6 times on my single tooth in a half a year's time, they left a big hole open, and kick me out of hospital. Said, they could not treat that anymore. Because I complained to their leader, they tortured me during their treatment, they gave 5-times injections once, and even broke one good tooth. When they thought I would go to court. They faked all the documents, and let me wait 2 or 3 hours for appointment. If court let them go, how many people will be harmed in the future. most of them even less about law, and know nothing about English.