A biggest mistake I made last year, was applying free medical care from South Cove Health Center. Not only did I not get anything from it, but it ended up to a terrible experience and nightmare in my life.

In order to cheat more more money from Federal Government, a dentist there intentionally cracked and pulled my teeth's filling, during cleaning-up my teeth, a cheapest procedure for free medical application (similar things happened to many friends I know).

After I complained this to their boss. They threatened to kick me out of hospital, if I said anything. They even tried to set me up to break regulations in the hospital, but failed. During the treatment they tortured me, they used bad material for me, which is so easy to break, Single piece of my teeth, had been drilled opened and refilled for 5 or 6 times in half years' time. Of course I kept complained this to their boss. They were so angry. To punish me, they gave me 5 injections in my gum

instead of one. They even drilled one good tooth for a revenge. They "stoned" me when they saw that I was so angry one time. I don't know what kind medicine they used. I almost felt to sleep (I losed conscious at that time). Finally they kicked out of hospital and said they could do anything anymore, and left a big hole in my tooth. After I told them I would go to Court, they changed the documents to fake ones. All they did to me against Federal Law. therefore, I ask the justice from court. The doctors's names are Smith and Chief dentist "Ying".

1:05-CV-11220-RCL

Plantiff:
Qingsheng Liu
Nov. 11th. 2005