For **ATTN** of Judge Linsay, ( Case No: 1:05-CV-11220 )

Please grant me three requests as follow:

<u>First</u>, Mark J Grady is not qualified couple defendants attorney, at least in this case, because he broke the in this case. And now his a suspect on obstruction to justice. Therefore his requests and appeals are illegal same as his lawyer's position.

Consequently, your rules in favor of the requests of this criminal suspect is not correct. <u>The reasons are wrong, procedures are wrong, person who go through this procedures is wrong; How can you make the result Right ?!!!</u>

Second, please give me all the reasons for why the judgements have been made. I have the rights to have them cleared. You can not just deny my requests without out any reason. It's against law too, if you don't give out the reason.

Third, I also want to know that do you have time to check all the documents? The case like this, who makes the judgement, you or your secretary?

Plantiff: Qingsheng Lin
Nov. 28, 2005

FILED IN CLERKS OFFICE
2005 NOV 28 P 2:45
U.S. DISTRICT COURT
DISTRICT OF MASS.